UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE C. ROBERTS,<br>        Plaintiff,<br>    v.<br>NANCY ADAMS, et al.,<br>        Defendants. | Case No. 20-cv-03090-RS (PR)<br><br>**ORDER REOPENING ACTION** |

This federal civil rights action was dismissed because plaintiff had not complied with the Court's orders to pay the filing fee, or to perfect his application to proceed *in forma pauperis* (IFP). Since dismissal, plaintiff has filed what appear to be the appropriate IFP documents. Accordingly, his motion to reopen is GRANTED. (Dkt. No. 12.) The action is REOPENED. The Clerk is directed to modify the docket accordingly.

The judgment and the order of dismissal are VACATED. (Dkt. Nos. 9 and 10.) Plaintiff's complaint, his IFP motion, and his motion for the appointment of counsel will be reviewed in separate orders. The Clerk shall terminate Dkt. No. 12.

**IT IS SO ORDERED.**

**Dated:** September __3__, 2020

_____
RICHARD SEEBORG
United States District Judge